UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS SALERNO, *et al.*,

                Plaintiffs,

-v-

TOMAS FRET, *et al.*,

                Defendants.

25-CV-8491 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from the New York Supreme Court, New York County, on October 14, 2025. Counsel for the plaintiffs is directed to file an appearance with this Court no later than October 24, 2025.

    Counsel for the defendants shall serve a copy of this order on counsel for the plaintiffs by October 21, 2025.

    SO ORDERED.

Dated: October 15, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge