**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 THOMAS SALERNO, et al.,

                                        Plaintiffs,

              -against-                                                    25 **CIVIL** 8491 (JPO)

                                                                           **JUDGMENT**

TOMAS FRET, et al.,

                                        Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum and Order dated June 9, 2026, Defendants' motion to dismiss

Plaintiffs' complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        June 10, 2026

                                                        **TAMMI M. HELLWIG**
                                        _____
                                                        **Clerk of Court**

                        **BY:**              K. mango
                                        _____
                                                        **Deputy Clerk**